1  KURT C. FAUX, ESQ.
   Nevada Bar No. 003407
2  LELAND K. FAUX, ESQ.
   Nevada Bar No. 12206
3  THE FAUX LAW GROUP
   1540 W. Warm Springs Road, Suite 100
4  Henderson, Nevada 89014
   Telephone: (702) 458-5790
5  Facsimile: (702) 458-5794
   Email: kfaux@fauxlaw.com
6         lfaux@fauxlaw.com
   *Attorneys for Plaintiff/Counterdefendant*
7  *Western Surety Company*

8  **IN THE UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN SURETY COMPANY,  Plaintiff,  v.  S3H, INC.; a Nevada corporation; VATCHE SARKOYAN, an individual; ARLENE SARKOYAN, an individual; DOE INDIVIDUALS 1 THROUGH 10; ROE BUSINESS ENTITIES 11 THROUGH 20;  Defendants. | Case No.: 2:14-cv-02056-GMN-PAL  **STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE** |
| S3H, INC.; a Nevada corporation; VATCHE SARKOYAN, an individual; ARLENE SARKOYAN, an individual;  Counterclaimants,  v.  WESTERN SURETY COMPANY,  Counterdefendant. | |

1

In accordance with LR 16-5, Plaintiff Western Surety Company and Defendants S3H, Inc., Vatche Sarkoyan, and Arlene Sarkoyan, by and through their respective counsel, stipulate to the setting of a settlement conference before the assigned magistrate judge in this action, or as otherwise directed by the Court.

DATED this 8th day of July, 2015.                         DATED this 8th day of July, 2015.

THE FAUX LAW GROUP                                        JOHN W. MUIJE & ASSOCIATES

/s/ Leland K. Faux                                        /s/ John W. Muije (with permission)
KURT C. FAUX, ESQ.                                        JOHN W. MUIJE, ESQ.
Nevada Bar No. 002478                                     Nevada Bar No. 2419
LELAND K. FAUX, ESQ.                                      1840 East Sahara Avenue, Suite 106
Nevada Bar No. 12206                                      Las Vegas, NV  89104
1540 W. Warm Springs Road, #100                           *Attorneys for Defendants/Counterclaimants S3H,*
Henderson, Nevada 89014                                   *Inc.; Vatche Sarkoyan and Arlene Sarkoyan*
*Attorneys for Plaintiff/Counterdefendant Western*
*Surety Company*

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE
DATED: July 13, 2015

2