UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WESTERN SURETY COMPANY,<br><br>                          Plaintiff,<br>v.<br>S3H, INC, et al.,<br><br>                          Defendants. | Case No. 2:14-cv-02056-JCM-PAL<br><br>ORDER<br><br>(Stip to Stay Pending SC – Dkt. #22) |

The court conducted a hearing on July 21, 2015, on the parties Stipulation and Order to Stay Discovery Pending Outcome of the Settlement Conference (Dkt. #22). Leland Faux appeared on behalf of the Plaintiff, and John Muije appeared on behalf of the Defendants.

Neither side have engaged in any discovery despite multiple extensions of the deadlines. Both sides agreed a minimal amount of discovery was needed to prepare for the settlement conference and that it could be accomplished fairly quickly.

**IT IS ORDERED** that the Stipulation and Order to Stay Discovery Pending Outcome of the Settlement Conference (Dkt. #22) is **DENIED**. However, the deadlines are extended as follows:

1. Counsel shall have fourteen days from the date of this hearing, or **August 4, 2015,** to serve written discovery.
2. Counsel shall have thirty days thereafter, or until **September 4, 2015,** to provide written responses to discovery.
3. Counsel shall have thirty days thereafter, or until **October 4, 2015,** to schedule and take the depositions described at the hearing
4. Counsel shall have thirty days from the settlement conference, or until **November 23, 2015,** to serve expert reports.

**IT IS FURTHER ORDERED** that the settlement conference currently scheduled for October 16, 2015, is VACATED and CONTINUED to **Friday, October 23, 2015, at 9:30 a.m., in Chambers Room 3071.** The confidential settlement statements shall be due at the parties' earliest convenience, but **no later than 4:00 p.m., October 16, 2015.** All other instructions within the original Order Scheduling Settlement Conference (Dkt. #25) remain in effect.

DATED this 27th day of July, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE