KURT C. FAUX, ESQ.
Nevada Bar No. 003407
LELAND K. FAUX, ESQ.
Nevada Bar No. 12206
THE FAUX LAW GROUP
1540 W. Warm Springs Road, Suite 100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
lfaux@fauxlaw.com
*Attorneys for Western Surety Company*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN SURETY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>S3H, INC.; a Nevada corporation; VATCHE SARKOYAN, an individual; ARLENE SARKOYAN, an individual; DOE INDIVIDUALS 1 THROUGH 10; ROE BUSINESS ENTITIES 11 THROUGH 20;<br>    Defendants. | Case No.: 2:14-cv-02056-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL ORDER DEADLINE** |

Plaintiff Western Surety Company (Western) and Defendants S3H, Inc., Vatche Sarkoyan, and Arlene Sarkoyan, by and through their respective counsel, hereby stipulate to a brief extension of the pretrial order deadline as established by order (Dkt. #20).

## I. **INTRODUCTION**

The Scheduling Order in this case (Dkt. #20) states "If the Parties file dispositive motions, then the duty to submit a Pretrial Order shall be suspended until 30 days after the final decision on the dispositive motion or further order of the Court."

1

1    Western filed a dispositive motion and the court's final decision on the motion was entered on
2    August 3, 2016 (Dkt. #58).  As such, the pretrial order is due by September 2, 2016 or as further
3    ordered by the Court.
4    However, the parties have agreed to settle this matter between them.  A settlement agreement is
5    currently being circulated. As such, unless the parties are unable to agree on the terms of the
6    agreement, a pretrial order will be unnecessary.
7    Therefore, the parties stipulate to extend the time for the pretrial order while the settlement
8    documents are being circulated and considered by each of the parties. The Parties request a one week
9    extension of time to file the pretrial order.

**A.    Proposed Schedule.**

The parties propose that the pretrial order deadline be moved from September 2, 2016 to **September 9, 2016**.

| DATED this 31st day of August, 2016. | DATED this 31st day of August, 2016. |
|---|---|
| THE FAUX LAW GROUP | JOHN W. MUIJE & ASSOCIATES |
| /s/ Leland K. Faux | /s/ John Muije (with permission) |
| KURT C. FAUX, ESQ. | JOHN W. MUIJE, ESQ. |
| Nevada Bar No. 002478 | Nevada Bar No. 2419 |
| LELAND K. FAUX, ESQ. | 1840 East Sahara Avenue, Suite 106 |
| Nevada Bar No. 12206 | Las Vegas, NV  89104 |
| 1540 W. Warm Springs Road, #100 | *Attorneys for Defendants/Counterclaimants S3H, Inc.;  Vatche Sarkoyan and Arlene Sarkoyan* |
| Henderson, Nevada 89014 | |
| *Attorneys for Plaintiff/Counterdefendant Western Surety Company* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 6, 2016

2