JOHN W. MUIJE & ASSOCIATES
JOHN W. MUIJE, ESQ.
Nevada Bar No. 2419
1840 East Sahara Avenue, Suite 106
Las Vegas, Nevada 89104
Telephone: 702-386-7002
Facsimile: 702-386-9135
Email: jmuije@muijelawoffice.com
*Attorneys for Defendants*
S3H, INC., VATCHE SARKOYAN
and ARLENE SARKOYAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN SURETY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>S3H, INC.; a Nevada corporation; VATCHE SARKOYAN, an individual; ARLENE SARKOYAN, an individual; DOE INDIVIDUALS 1 through 10; ROE BUSINESS ENTITIES 11 through 20;<br><br>Defendants. | CASE NO: 2:14-CV-02056-JCM-PAL |

### ORDER

Pursuant to the parties, the Stipulation for Dismissal WITH Prejudice, as filed September 13, 2016, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that the parties have engaged in earnest and good faith settlement negotiations and have concluded a settlement as between themselves, providing, *inter alia*, the dismissal of this matter, and all claims and counterclaims asserted herein, with prejudice, each party to bear its own attorneys fees and costs; and

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED,** that based on the same, the above-captioned matter be and the same hereby is dismissed, with prejudice, all parties to bear their own attorneys fees and costs incurred herein.

DATED September 22, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

JOHN W. MUIJE & ASSOCIATES

By: _____
JOHN W. MUIJE, ESQ.
Nevada Bar No. 2419
1840 East Sahara Avenue, Suite 106
Las Vegas, Nevada 89104
Telephone: 702-386-7002
Facsimile: 702-386-9135
Email: jmuije@muijelawoffice.com
*Attorneys for Defendants*
*S3H, INC., VATCHE SARKOYAN*
*and ARLENE SARKOYAN*

R:\J Files\Sarkoyan - All Files\Sarkoyan adv. Western Surety J3775H\Pleadings\9.15.16 Proposed Order Re Stipulation for Dismissal With Prejudice.wpd